Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

September 10, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JACOB D. LITTLE,<br><br>Defendant. | NO. **CR20-149 RAJ**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT ONE
**(Possession of a Stolen Firearm)**

On or about May 30, 2020, in King County, in the Western District of Washington, the Defendant, JACOB D. LITTLE, knowingly possessed a stolen firearm, to wit, one Colt M4 rifle with a suppressor, bearing serial number LE296517, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of Title 18, United States Code, Section 922(j).

UNITED STATES v. LITTLE/INDICTMENT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, the Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and associated ammunition that were involved in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or,
e. has been commingled with other property which cannot be divided without difficulty;

///

///

///

///

UNITED STATES v. LITTLE/INDICTMENT - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the Defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: September 10, 2020

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD L. GREENBERG
Assistant United States Attorney

_____
CATHERINE L. CRISHAM
Assistant United States Attorney