UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JACOB D. LITTLE,<br><br>　　　　　　　　　Defendant. | Case No. CR20-149 RAJ<br><br>DETENTION ORDER |

Offenses charged:

　　Count 1:　　Possession of a Stolen Firearm in violation 18 U.S.C. § 922(j)

Date of Detention Hearing: On September 15, 2020, the Court held a hearing via a WebEx videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 13-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings. Defendant is also granted leave to reopen his detention hearing prior to the reconstitution of in-person hearings to address additional evidence regarding the Renton shooting incident.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant poses a risk of danger due to the nature of the alleged offense involving a firearm and due to allegations that Defendant is a suspect in a recent shooting in Renton that resulted in the death of one person and injury to two others. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Defendant will not pose a danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

1   DATED this 16th day of September, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3