```
                        FILED
                2020 OCT 13 01:04 PM
                     KING COUNTY
               SUPERIOR COURT CLERK
                      E-FILED
              CASE #: 20-1-04545-1 KNT
```

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| THE STATE OF WASHINGTON, ) | |
| Plaintiff, ) | |
| v. ) | No. 20-1-04545-1 KNT |
| ) | |
| JACOB DEAN LITTLE, ) | INFORMATION |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

I, Daniel T. Satterberg, Prosecuting Attorney for King County in the name and by the authority of the State of Washington, do accuse JACOB DEAN LITTLE of the following crime[s]: **Assault In The Second Degree**, committed as follows:

Count 1  Assault In The Second Degree

That the defendant JACOB DEAN LITTLE in King County, Washington, on or about August 30, 2020, did intentionally assault another and thereby recklessly inflict substantial bodily harm upon E.R. DOB xx/xx/2005;

Contrary to RCW 9A.36.021(1)(a), and against the peace and dignity of the State of Washington.

And further do allege the defendant, Jacob Dean Little at said time of being armed with a a pistol , a firearm as defined in RCW 9.41.010, under the authority of RCW 9.94A.533(3).

DANIEL T. SATTERBERG
Prosecuting Attorney

By: *[signature]*

Adrienne T. McCoy, WSBA #29329
Senior Deputy Prosecuting Attorney

**Daniel T. Satterberg**, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000  FAX (206) 296-0955

INFORMATION - 1

CAUSE NO.   20-1-04545-1 KNT

PROSECUTING ATTORNEY CASE SUMMARY AND REQUEST FOR BAIL AND/OR CONDITIONS OF RELEASE

The State incorporates by reference the Certification for Determination of Probable Cause prepared by Detective Jason Renggli of the Renton Police Department for case number 20-9004.

The State requests bail set in the amount of $250,000.00.  The Defendant, after firing one of his pistols into the air, fired his other pistol twice at a man in a very crowded parking lot.  There were numerous pedestrians in the area and people in their cars.   The Defendant missed striking his intended target and instead shot fifteen-year-old E.R. in the shoulder.  E.R. had nothing whatever to do with the Defendant or his target.  E.R. was unarmed.  E.R.  was simply sitting in the backseat of his friend's car and randomly in the path of the Defendant's bullet.  Fortunately, the Defendant did not kill E.R.  E.R.'s good fortune in no way lessens the dangerousness of the Defendant's conduct.

According a complaint filed by the US Government in Case CR20-149 RAJ, the Defendant stole a police-issued rifle with a suppressor from a Seattle Police vehicle on May 30, 2020.  He is pending federal charges for being in possession of said stolen firearm.  According to that same complaint, investigators executed a search warrant and located numerous firearms in the Defendant's residence on July 20, 2020.  Because the Defendant was not prohibited from possessing those firearms at that time, they were left in place.  Were the Defendant released, he would have access to said firearms.

The Defendant has demonstrated he is a danger to the public and has no regard for the safety of others.  Bail in this amount in necessary to protect the public from his perilous use of

Prosecuting Attorney Case Summary and Request for Bail and/or Conditions of Release - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000  FAX (206) 296-0955

firearms.  While he is currently in custody on the federal charges, the US Attorney has informed me that he is moving the Federal Court for pretrial release.

    Signed and dated by me this 13th day of October, 2020.

*Adrienne McCoy*

Adrienne T. McCoy, WSBA #29329
Senior Deputy Prosecuting Attorney

Prosecuting Attorney Case
Summary and Request for Bail
and/or Conditions of Release - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000  FAX (206) 296-0955

|   |   |
|---|---|
| 1 | CAUSE NO: _____ |
| 2 | **CERTIFICATION FOR THE DETERMINATION OF PROBABLE CAUSE** |
| 3 | |
| 4 | That **Jason Renggli** is a Detective with the Renton Police |
| 5 | Department and has reviewed the investigation conducted in |
| 6 | Renton Police Department Case Number **20-9004**; |
| 7 | |
| 8 | There is probable Cause to believe Jacob Dean Little 12/09/95 |
| 9 | that committed the crime(s) of Assault 2nd Degree RCW 9A.36.021. |
| 10 | This belief is predicated on the following facts and |
| 11 | circumstances: |
| 12 | On **08/30/20** at about **0159 hours** Renton Police Officers |
| 13 | were dispatched to investigate a shooting that occurred at 501 |
| 14 | S Grady Way within the city limits of Renton, county of King. |
| 15 | Based on responding Officer's reports and my own investigation |
| 16 | I learned the following: |
| 17 | **There was a gathering of 200 plus car enthusiasts in the** |
| 18 | **parking lot of Uwajimaya. During the gathering, multiple fights** |
| 19 | **broke out involving numerous people. Witnesses reported seeing** |
| 20 | **multiple people shooting in the air and then at least one** |
| 21 | **suspect shooting at a group of people. Witnesses on scene said** |
| 22 | **the suspects were a black male and a white male that fled the** |
| 23 | **scene in a silver Jeep Cherokee. Witnesses flagged down officers** |
| 24 | **and provided a video showing a suspect leaning out of the** |
| 25 | **passenger window of a white or silver 2000 Jeep Grand Cherokee** |
| 26 | **firing several rounds from a rifle as it fled the scene.** |
| 27 | **At 0216 hours Valley Medical Center called to advise that** |
| 28 | **there were three gunshot victims at the hospital that were** |
| 29 | **possibly related to the shooting. Officers responded to the** |
| 30 | **hospital and contacted E.R.(DOB XXXX05), who sustained a** |


gunshot wound to his right shoulder. E.R. said that he was in the parking lot for the car meets with his friends. He was in the back seat of his friend's (W.P.K) gray BMW when they were trying to leave. He was not sure where they were in the parking lot when he was shot in the shoulder. His friend W.P.K. drove him to the hospital to be treated. E.R. didn't see who shot him.

    Multiple people sent videos they found on various social media accounts to the police department that showed subjects shooting into the air as well as at people in the parking lot. A review of the videos showed a heavy set white male in his 20's, with long brown hair in a bun, beard and wearing khaki colored Carhartt type pants, white shirt and a black sweatshirt with a yellow logo on the chest area standing next to a silver Jeep Cherokee. The white male can be seen holding a handgun in each hand as he walked around near the Jeep. There was a black male near the front of the Jeep wearing red/purplish pants and a black jacket that was also armed with a handgun. In the middle of the roadway approximately 15-20 feet away from the white male, was a light skinned black male wearing a camo green sweatshirt and black Adidas sweatpants, who was also armed with a handgun. The white male used the handgun in his left hand to fire into the air 6 times, the black male in the camo sweatshirt then fired his handgun into the air and the black male wearing red/purplish pants fired his handgun into the air. The white male then raised his right hand, pointed his handgun in the direction of the male in the camo sweatshirt and fired his handgun one time. The male in the camo sweatshirt began to move northbound to move away when the white male fired another round in the direction of the black male as he walked away. There

were numerous people standing around the area when the white male fired his handguns. Videos also showed multiple vehicles stopped in the parking lot in the direct line of fire, where the white male was firing his handgun.

One of the cars in the direct line of fire belonged to W.P.K. He said that he was at the car meet with his friends including E.R. A fight broke out and they decided to leave. He was trying to leave in his car when he got stopped for traffic waiting to turn from aisle two in the eastside of the parking lot to go out to the main roadway. While stopped he saw the white male in the black sweatshirt with a yellow logo fire a handgun into the air and then fire in the direction of his car. W.P.K. said that the white male also fired at the black male in the camo sweatshirt. W.P.K viewed an aerial map of the parking lot as well as photos taken from the videos provided to the police. He identified his vehicle multiple times in the photos, which confirmed his vehicle was in the direct line of fire from the white male's handgun. W.P.K. said that he made a left turn to get away from the shooting and didn't realize that E.R. had been shot until E.R. told him he was hit about 20 seconds after driving away. The bullet entered W.P.K.'s open driver's window, went through the driver's headrest and struck E.R., who was in the backseat right behind W.P.K.

I received an anonymous tip that Jacob Little was the shooter and that he was recently arrested for stealing a rifle out of a Seattle Police patrol car. I contacted Seattle PD Det. Magan to learn more about Little being arrested. Det. Magan confirmed that Little was arrested for stealing a SPD rifle from a patrol car during the riots and booked into the Federal Detention Facility on 09/04/20. Det. O'Rouke and I reviewed a

1  Department of Licensing photo of Little, compared it to the
2  social media videos provided to the police and positively
3  identified Little as the white male in the khaki Carhartt type
4  pants and black sweatshirt with the yellow logo on the chest.
5      Named witnesses on scene the night of the shooting also
6  positively identified Little as the white male in the khaki
7  Carhartt type pants and black sweatshirt with the yellow logo
8  on the chest, who fired a handgun into the air and in the
9  direction of E.R.
10     Little committed assault in the second degree when he fired
11 at the male in the camo sweatshirt and recklessly shot E.R.
12 instead.

14 Under penalty of perjury under the laws of the State of
15 Washington, I certify that the forgoing is true and correct.
16 Signed and dated by me this **11** day of **October 2020**, at Renton,
17 Washington.

_____ #1269
Signature/ID

| AGENCY: Renton PD | WA0171300 | CASE NUMBER 20-9004 | FILE NUMBER | PCN NUMBER | **SUPERFORM** |
|---|---|---|---|---|---|

### ARREST INFORMATION

| DATE & TIME OF VIOLATION | CRIMINAL TRAFFIC CITATION ATTACHED? | ACCOMPLICES |
|---|---|---|
| 8/30/2020 1:57 AM | ☐ YES  ☒ NO | |
| DATE OF ARREST/TIME | ARREST LOCATION | |
| 1/1/1800 12:00 AM | , | |

### SUSPECT INFORMATION

| NAME (LAST, FIRST, MIDDLE/JR, SR, 1st, 2nd) | DOB | ALIAS, NICKNAMES |
|---|---|---|
| Little, Jacob Dean | 12/9/1995 | |

| ARMED/DANGEROUS | IDENTITY IN DOUBT? | CITIZENSHIP |
|---|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☒ NO | N/A |

### PHYSICAL DETAILS

| SEX | HEIGHT | WEIGHT | SKIN TONE | RACE | EYE | HAIR | SCARS, MARKS, TATTOOS, DEFORMITIES |
|---|---|---|---|---|---|---|---|
| M | 602 | 350 | | W | BLU | BRO | |

### IDENTIFICATION DETAILS

| CCN | PRIOR BA # | AFIS # | FBI # | STATE ID # | DRIVER'S LICENSE # | STATE | SSN |
|---|---|---|---|---|---|---|---|
| | 0 | | | | | | |

### RESIDENCE / EMPLOYMENT / SCHOOL

| LAST KNOWN ADDRESS | EMPLOYER, SCHOOL (ADDRESS, SHOP/UNION NUMBER) |
|---|---|
| 2511 Melvin AV UNIT: A Everett, WA 98203 | : , |
| RESIDENCE PHONE | BUSINESS PHONE | OCCUPATION |

### EMERGENCY CONTACT

| PERSON TO BE CONTACTED IN CASE OF EMERGENCY | RELATIONSHIP | Address | PHONE |
|---|---|---|---|
| , | | , | |

### CHARGE INFORMATION

| OFFENSE | | RCW / ORD# | COURT / CAUSE # | CITATION # |
|---|---|---|---|---|
| ☐ DV  ☐ FUGITIVE   F - Assault 2nd Degree | | 9A.36.021 | / | |
| ☐ DV  ☐ FUGITIVE | | | / | |

### WARRANT / OTHER

| WARRANT DATE | WARRANT NUMBER | OFFENSE | AMOUNT OF BAIL | WARRANT TYPE |
|---|---|---|---|---|
| ORIGINATING POLICE AGENCY | ISSUING AGENCY | WARRANT RELEASED TO: (SERIAL # / UNIT / DATE / TIME) | | |

### PROPERTY INFORMATION

LIST VALUABLE ITEMS OR PROPERTY LEFT FOR ARRESTEE AT JAIL

LIST VALUABLE ITEMS OR PROPERTY ENTERED INTO EVIDENCE (SIMPLE DESCRIPTION, IDENTIFYING MARKS, SERIAL #)

LIST ITEMS ENTERED INTO SAFEKEEPING

| TOTAL CASH OF ARRESTEE | WAS CASH TAKEN INTO EVIDENCE? | SIGNATURE OF JAIL STAFF RECEIVING ITEMS / SERIAL # |
|---|---|---|
| $0.00 | ☐ YES  ☒ NO   AMOUNT: $0.00 | |

### OFFICER INFORMATION

| ARRESTING OFFICER / SERIAL # | TRANSPORTING OFFICER / SERIAL # | SUPERVISOR SIGNATURE / SERIAL # |
|---|---|---|
| Renggli, Jason   1269 | , | , |
| SUPERFORM COMPLETED BY (SIGNATURE/SERIAL #) | CONTACT PERSON FOR ADDITIONAL INFORMATION (NAME/SERIAL#/PHONE) | |
| Renggli, Jason | Renggli, Jason   1269   4254307525 | |

### COURT FILE

| SUPERIOR COURT FILING INFO | ☐ IN CUSTODY | ☐ AT LARGE | ☐ OUT ON BOND | COURT CAUSE (STAMP OR WRITE) |
|---|---|---|---|---|
| COURT/DIST. CT.NO. | | DIST. CT. BOND $ | | SUP. CT. DATE |

### EXTRADITE

| PERSON APPROVING EXTRADITION | SEAKING-LOCAL ONLY WACIC-STATE WIDE ☐ | NCIC-WILL EXTRADITE FROM ID & OR ONLY ☐ | NCIC-WILL EXTRADITE FROM OR, ID, MT, WY, CA, NV, UT, CO, AZ, NM, IL, AK ☐ | NCIC-WILL EXTRADITE FROM FROM ALL 50 STATES ☐ |
|---|---|---|---|---|

| ENTRY | CCN | DOE | CLEARANCE | DOC |
|---|---|---|---|---|
| | WAC | TOE | | TOC |
| | NCIC | OP | | OP |

### PROBABLE CAUSE INFORMATION

**STATEMENT OF PROBABLE CAUSE: NON-VUCSA**

CONCISELY SET FORTH FACTS SHOWING PROBABLE CAUSE FOR EACH ELEMENT OF THE OFFENSE AND THAT THE SUSPECT COMMITTED THE OFFENSE. IF NOT PROVIDED, THE SUSPECT WILL BE AUTOMATICALLY RELEASED. INDICATE ANY WEAPONS INVOLVED. (DRUG CRIME CERTIFICATE BELOW.)