THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-149-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONIC HEARING |
| JACOB D. LITTLE, | ) | |
| Defendant. | ) | |

THE COURT has considered Mr. Little's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20) and General Order No. 06-21 (3/23/21).

THE COURT ORDERS that Defendant's Motion (Dkt. # 31) is GRANTED. The parties may schedule a plea agreement to take place by videoconference or telephone conference before the criminal duty magistrate judge at a mutually agreeable date and time.

DATED this 25th day of March, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO PROCEED WITH GUILTY PLEA
BY VIDEO OR TELEPHONIC HEARING
(*USA v. Little*, CR20-149-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100