HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACOB D. LITTLE,<br><br>    Defendant. | No. CR20-149-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline, the Government's Response, Defendant's Reply, and the files and pleadings herein, and finds that:

There is a sufficient basis for a trial continuance under two separate provisions of the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(1)(B) ("delay resulting from trial with respect to other charges against the defendant"); and 18 U.S.C. § 3161(h)(7) ("the ends of justice served by [the continuance] outweigh the best interest of the public and the defendant in a speedy trial").  In this case, failure to grant the continuance would be likely to result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(i). The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(1)(B) and (h)(7).

The Court does not, however, find good cause to grant a continuance of the length Defendant is seeking.

IT IS THEREFORE ORDERED that Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 33) is GRANTED IN PART.  The trial date in this matter shall be continued to November 29, 2021.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than October 14, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of November 29, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 26th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge