The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB D. LITTLE,<br><br>Defendant. | NO. 2:20-cr-00149-RAJ<br><br>**PROTECTIVE ORDER** |

This matter, having come before the Court upon the government's unopposed motion for entry of a discovery protective order, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

**1.    Protected and Sensitive Material.**

*A.    Protected Material.*  The following documents and materials are deemed Protected Material:

    i.    Grand Jury transcripts and exhibits;

    ii.   Witness statements, including but not limited to reports of law enforcement officers memorializing witness statements; and

PROTECTIVE ORDER - 1
*United States v. Little*/2:20-cr-00149-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii. The personal information related to witnesses, and any statements and/or documents containing personal information related to any witnesses. As used in this Order, the term "personal information" refers to each witnesses' date of birth, Social Security number (or other identification information), driver's license number, address, telephone number, location of residence or employment, school records, juvenile criminal records, and other confidential information.

The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team"):

Defense counsel and members of the defense team may share and review the Protected Material with the Defendant. Defense counsel and members of the defense team acknowledge that providing copies of the Protected Material to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to the Defendant and other persons. The exception to this prohibition is the dissemination of electronic copies to the Federal Detention Center at SeaTac, Washington, for use in a controlled environment by Defendant, who is currently in custody there.

Additional discovery items may be deemed by the parties to constitute Protective Material upon agreement.

Any violation of these prohibitions constitutes a violation of the Protective Order. Defense counsel and all members of the defense team are subject to the terms and conditions of this Protective Order. Further, defense counsel are required, prior to disseminating any copies of the Protected Materials to members of the defense team, to provide a copy of this Protective Order to members of the defense team.

PROTECTIVE ORDER - 2
*United States v. Little*/2:20-cr-00149-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Nothing in this order should be construed as imposing any discovery obligations on the government that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure.

**2.    Filing**

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

**3.    Nontermination**

The provisions of this Order shall not terminate at the conclusion of this prosecution.

**4.    Violation of Any Terms of this Order**

Any violation of any term or condition of this Order by the Defendant, his attorneys of record, any member of the defense team, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the defendant's violation.

///
///
///
///
///
///
///

PROTECTIVE ORDER - 3
*United States v. Little*/2:20-cr-00149-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**5.     Right to Review**

The parties agree that in the event that compliance with this Order makes it difficult for defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an unworkable burden on counsel, defense counsel shall bring any concerns about the terms of the Order to the attention of the government.   The parties shall then meet and confer with the intention of finding a mutually acceptable solution.  In the event that the parties cannot reach such a solution, defense counsel shall have the right to bring any concerns about the scope or terms of the Order to the attention of the Court.

DATED this 16th day of August, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER - 4
*United States v. Little*/2:20-cr-00149-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970