HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-149-RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| JACOB D. LITTLE, | |
| Defendant. | |

THE COURT has considered Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline, the Government's Response in opposition, and the files and pleadings herein, and finds that:

There is a sufficient basis for a trial continuance under two separate provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(B) ("delay resulting from trial with respect to other charges against the defendant"); and 18 U.S.C. § 3161(h)(7) ("the ends of justice served by [the continuance] outweigh the best interest of the public and the defendant in a speedy trial"). In this case, failure to grant the continuance would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i). The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(1)(B) and (h)(7).

IT IS THEREFORE ORDERED that Defendant's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 40) is GRANTED. The trial date in this matter shall be continued to April 4, 2022.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than February 17, 2022.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of April 4, 2022, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 12th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge