The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB D. LITTLE,<br><br>Defendant. | NO. 20CR149-RAJ<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Catherine L. Crisham, Assistant United States Attorney for said District, hereby files this Sentencing Memorandum in the above-captioned case. Sentencing is scheduled for Friday, February 3, 2023, at 11:00 a.m.

As set forth below, United States asks this Court to sentence Defendant Jacob Little to time served, to be followed by three years of supervised release, with the standard and special conditions proposed by the Probation Office.

## **FACTUAL BACKGROUND**

**A.   Defendant's Criminal Conduct on May 30, 2020**

On May 30, 2020, there was a large protest gathering in downtown Seattle in response to the murder of George Floyd. Thousands of people attended the gathering in protest of police brutality and to voice their support for important causes involving equal

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

justice. Nearly all the protestors acted responsibly and lawfully. Unfortunately, a small number of people – including the Defendant – took advantage of the surrounding events to commit criminal acts.

In the afternoon of May 30, 2020, civil unrest began to occur in a concentrated area in downtown Seattle—namely, from Fourth Avenue to Sixth Avenue and from Olive Way to Pike Street. This included the destruction of five SPD vehicles that were parked in the 1600 block of Sixth Avenue and one additional SPD vehicle that was parked in the 500 block of Pine Street. These SPD vehicles were heavily damaged by protesters. This destruction included breaking off the windshield wipers and side view mirrors; breaking out the vehicle windows with rocks and poles; and removing various equipment, to include video recording equipment, ballistic helmets, uniforms emergency medical equipment, fire extinguishers and a total of five firearms.

Surveillance photographs and videos taken that day show the Defendant reaching into one of the vandalized SPD vehicles and removing a rifle bag from the broken rear window. This rifle bag contained an SPD-issued, loaded Colt M4 rifle with a suppressor. Surveillance photographs show the Defendant walking away from the SPD vehicle carrying the large, rectangular shaped rifle bag that contained the Colt rifle and suppressor.

The Defendant subsequently posted a video to his Snapchat account that showed him smashing the front window of a police vehicle using an SPD-issued laptop computer at what appeared to be the 1600 block of Sixth Avenue in Seattle. The video also included a photo of the Defendant posing in front of a defaced SPD vehicle.

After receiving tips and reviewing video footage from that day, law enforcement was able to identify Little as the individual who stole the rifle bag from the vandalized police vehicle. On July 20, 2020, SPD and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a warrant to search Little's home and phone. Investigators seized Little's phone, as well as clothing and a backpack that matched what the individual believed to have stolen the rifle was wearing on May 30. Investigators also located a loaded

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Glock firearm under the driver's seat of Little's vehicle, as well as multiple firearms in Little's bedroom. Law enforcement did not locate the rifle, its suppressor, or the rifle bag.

Law enforcement subsequently obtained a warrant to search the Defendant's cell phone. A review of the cell phone recovered several messages in which the Defendant discussed having attended the protests and riots. In another series of electronic messages dated May 31, 2020, the Defendant attempted to negotiate the sale of the stolen SPD rifle and suppressor. In one message, the Defendant wrote: "I took off the red dot and the flashlight and the sling so I'll let it go for 9. Suppressor still on it."

Several months after Little's arrest, law enforcement received a tip from a citizen that the stolen firearm had been buried on private property in Marysville. Acting on this information, law enforcement recovered the firearm on June 2, 2021.

**B.     State Charges Filed Against Little**

On October 13, 2020, the King County Prosecuting Attorney's Office (KCPAO) filed an Information charging the Defendant with the crime of Assault in the Second Degree and alleging that the Defendant shot an individual on August 30, 2020. On January 20, 2021, the KCPAO charged the Defendant with Second Degree Murder and Second Degree Assault arising out of the same August 30 incident.

The King County case arises out of a shooting that occurred in the early morning hours of August 30, 2020 during a gathering of over 200 car enthusiasts in the parking lot of the Uwajimaya grocery store in Renton. Multiple fights broke out among the attendees, and witnesses reported seeing multiple people shooting into the air and at least one suspect, subsequently identified as the Defendant, shooting into the air into a group of people and at an individual. Law enforcement subsequently determined, via witness statements and newly acquired video evidence, that the Defendant had shot and killed one individual and shot and injured another.

Little has been arraigned on the King County case and is pending trial in that matter.

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**C.    Little Pleads Guilty to Federal Charge**

On September 16, 2022, Little pled guilty to the lone charge in the Indictment. The parties agreed to jointly recommend a custodial sentence of 16 months. By the time of his upcoming sentencing hearing, Little will have served 28 months in custody for his offense.

## PRESENTENCE REPORT AND ADVISORY GUIDELINES RANGE

The Presentence Report accurately summarizes the offense conduct in this case, as well as the total offense level of 17, criminal history category of I, and resulting advisory Guidelines range of 24 to 30 months.

## SENTENCING RECOMMENDATION

The government respectfully asks the Court to impose a sentence of time served, to be followed by a three-year term of supervised release with all standard and special conditions recommended by the Probation Office. An analysis of this case through the prism of the various sentencing factors found at Title 18, United States Code, Section 3553(a) supports the government's position this sentence is appropriate and necessary in light of the seriousness of Little's crimes and the danger he poses to the community. The government will address the various operable sentencing factors in turn below.

**A.    Nature and Circumstances of the Offense**

The offense Little committed was both violent and dangerous. As described in the complaint and plea agreement, Little took advantage of the chaos and unrest in downtown Seattle on May 30, 2020, by stealing a bag containing a SPD-issued rifle and suppressor from a vandalized police vehicle. The next day, after removing the rifle's red dot sight, flashlight, and sling, Little negotiated the sale of the rifle and suppressor to another individual. In addition to stealing the police rifle, Little also deliberately used a laptop computer to smash the window of a SPD vehicle that was parked in downtown Seattle for the purposes of conducting crowd control during the protests-turned-riots. He then proudly posted a video and photo of his vandalism to his Snapchat account.

Little was one of a relatively small number of people who hijacked the otherwise lawful protests on May 30 and helped to create a scene of chaotic civil disorder. He did not

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

lose control at the protests in the heat of the moment. Instead, he took advantage of lawful protests, intended to highlight the issue of racial injustice, to vandalize a police vehicle and steal an SPD-issued rifle and suppressor. Given time to contemplate his actions, Little did not attempt to atone for his conduct by returning the rifle to law enforcement. Instead, he quickly moved to make money by selling the rifle – which remained unrecovered for almost a year.

The nature and circumstances of Little's offense clearly warranted a significant punishment, and the government agrees with the Probation Office that the 28 months he has already spent in custody are more than sufficient punishment.

**B.     Defendant's History and Characteristics/Need to Protect the Public**

Little's personal history and characteristics contain both mitigating and aggravating aspects. Unlike many defendants who appear before this Court, Little has no prior criminal convictions. He also grew up in what appears to be a stable household with parents who loved and provided for him. Despite this, during adolescence Little began experimenting with drugs and was expelled from high school. His Facebook messages indicate that prior to the instant offense, he had previously been involved in negotiating firearms purchases with multiple individuals, as well as someone who was previously involved in negotiating drug sales. His conduct in this case – stealing an SPD-issued rifle and suppressor from a vandalized police car and then immediately turning around and selling it – is extremely concerning and makes clear that he poses a danger to the community.

The government agrees with the Probation Office that the time that Little has served in custody on this matter sufficiently addresses both his history and the risk he poses to the public.

**C.     Need for the Sentence to Reflect the Seriousness of the Offense, to Provide Just Punishment and to Afford Adequate Deterrence to Criminal Conduct**

As noted above, Little was part of a relatively small number of individuals who commandeered the otherwise peaceful protests on May 30 to wreak havoc, vandalize property, and commit crimes. The right to peaceful protest is one of the most important and

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

cherished rights we enjoy in this country and it is important to ensure that citizens remain free to express their views freely. Individuals like Little who abused these lawful protests to vandalize property and steal a rifle not only risked the safety of the peaceful protestors but also undercut the causes they were championing. The sentence Little has served reflects how serious his offense was and will send a strong deterrent effect to others who might seek to undermine legitimate protests and public gatherings in the future.

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that with respect to the criminal case, the Court sentence Little to time served, to be followed by three years of supervised release, with the standard and special conditions proposed by the Probation Office.

DATED this 24 th day of January, 2023.

                Respectfully submitted,

                NICHOLAS W. BROWN
                United States Attorney

                */s/ Catherine L. Crisham*
                Catherine L. Crisham
                Assistant United States Attorney
                700 Stewart Street, Suite 5220
                Seattle, WA 98101-1271
                Telephone:  (206) 553-8451
                Fax:  (206) 553-0755
                E-mail:  catherine.crisham@usdoj.gov

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES v. LITTLE/20CR149-RAJ
GOVERNMENT'S SENTENCING MEMORANDUM - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970